# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 4, 2020

160565

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SHANNON LADEL KEYS,
      Defendant-Appellant.

SC: 160565
COA: 349343
Mecosta CC: 03-005118-FC

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

_____/

By order of May 29, 2020, the prosecuting attorney was directed to answer the application for leave to appeal the October 18, 2019 order of the Court of Appeals. On order of the Court, the answer having been received, the application for leave to appeal is again considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 4, 2020



Clerk

a1028